Decided November 18, 1999

STATE OF CONNECTICUT *v.* CARRIE JONES

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 709 (AC 18379), is denied.

*James B. Streeto*, deputy assistant public defender, in support of the petition.

*Frederick W. Fawcett*, assistant state's attorney, in opposition.

Decided November 18, 1999